UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY ROSENBERGERER, *on behalf of himself and all those similarly situated*, ) ) ) | Case No.: 1:20 CV 756 |
| ) | JUDGE SOLOMON OLIVER, JR. |
| Plaintiffs ) ) | |
| v. ) ) | |
| UNITED AIRLINES HOLDINGS, INC., ) AND UNITED AIRLINES, INC., ) ) | |
| Defendants ) | ORDER OF TRANSFER |

Upon consideration of the parties' Stipulation to Transfer (ECF No. 8), the court hereby transfers this action to the United States District Court for the Northern District of Illinois. The Stipulation identifies "two other complaints alleging similar claims regarding ticket refunds that also seek to represent a putative nationwide class, which are pending in the Northern District of Illinois." (*Id.* at PageID #180–81); *see Rudolph v. United Continental Holdings, Inc.*, No. 20-CV-2142 (N.D. Ill. filed Mar. 6, 2020); *Compo v. United Continental Holdings, Inc.*, No. 20-CV-2166 (N.D. Ill. filed Mar. 6, 2020). In light of those actions, and "to avoid any additional costly motion practice," the parties "agree that this action should be transferred to the Northern District of Illinois," pursuant to 28 U.S.C. § 1406(a).

Finding that the Northern District of Illinois is a district in which the within action might have been brought, the court hereby transfers this action to said district.

-2-

IT IS SO ORDERED.

                                                   */s/ SOLOMON OLIVER, JR.*
                                                   UNITED STATES DISTRICT JUDGE

June 24, 2020